# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), et. al.,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 13-12329 (CSS) |
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee,<br><br>                          Plaintiff,<br><br>- against -<br><br>HERITAGE HOME GROUP, LLC f/k/a FBN Acquisition Holdings, LLC, KPS CAPITAL PARTNERS, LP, KPS SPECIAL SITUATIONS FUND III, LP, KPS SPECIAL SITUATIONS FUND III (A), L.P., KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP, KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL – AIV), LP, and KPS OFFSHORE INVESTORS, LTD,<br><br>                          Defendants. | Adv. Pro. No. 15-51899 (CSS) |

## NOTICE OF WITHDRAWALS OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Allan J. Arffa and Ross A. Wilson of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby withdraw their appearances in the above-captioned adversary proceedings as counsel for Heritage Home Group, LLC.

PLEASE TAKE FURTHER NOTICE THAT Michael Joseph Merchant and Robert Charles Maddox of Richards Layton & Finger, P.A. hereby withdraw their appearances in the above-captioned adversary proceedings as counsel for Heritage Home Group, LLC.

PLEASE TAKE FURTHER NOTICE THAT Peter J. Keane of Pachulski Stang Ziehl & Jones LLP hereby enters his appearance in the above-captioned adversary proceedings as counsel

RLF1 25118643v.1

for Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Heritage Home Group, LLC.

PLEASE TAKE FURTHER NOTICE THAT Ross A. Wilson of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby withdraws his appearance in the above-captioned adversary proceedings as counsel for the KPS Defendants.[1]

PLEASE TAKE FURTHER NOTICE THAT Messrs. Arffa, Merchant, and Maddox remain as counsel for the KPS Defendants.

Dated: April 15, 2021

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Peter J. Keane* | */s/ Robert C. Maddox* |
| Peter J. Keane (DE Bar No. 5503) | Michael J. Merchant (DE Bar No. 3854) |
| 919 North Market Street, 17th Floor | Robert C. Maddox (DE Bar No. 5356) |
| P.O. Box 8705 | One Rodney Square |
| Wilmington, DE 19899 (Courier 19801) | 920 North King Street |
| Phone: (302) 652-4100 | Wilmington, Delaware 19801 |
| Facsimile: (302) 652-4400 | Telephone: (302) 651-7700 |
| Email: pkeane@pszjlaw.com | Facsimile: (302) 651-7701 |
| | Email: merchant@rlf.com |
| | maddox@rlf.com |
| *Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Heritage Home Group, LLC* | - and - |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | Allan J. Arffa |
| | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: aarffa@paulweiss.com |
| | *Counsel for the KPS Defendants* |

---

[1] The term "KPS Defendants," as used herein, means KPS Capital Partners, LP; KPS Special Situations Fund III, LP; KPS Special Situations Fund III (A), L.P.; KPS Special Situations Fund III (Supplemental), LP; KPS Special Situations Fund III (Supplemental – AIV), LP; and KPS Offshore Investors, Ltd.