# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| FBI WIND DOWN, INC. (f/k/a Furniture Brands International, Inc.), *et al.*, | Case No. 13-12329 (CSS) |
| Debtors.[1] | Jointly Administered |

---------------------------------------------------------------------x

| | |
|---|---|
| FBI WIND DOWN, INC. LIQUIDATING TRUST, by and through Alan D. Halperin, as Liquidating Trustee, | |
| Plaintiff, | |
| - against - | Adv. Proc. No. 15-51899 (CSS) |
| HERITAGE HOME GROUP, LLC f/k/a FBN Acquisition Holdings, LLC, KPS CAPITAL PARTNERS, LP, KPS SPECIAL SITUATIONS FUND III, LP, KPS SPECIAL SITUATIONS FUND III (A), L.P., KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL), LP, KPS SPECIAL SITUATIONS FUND III (SUPPLEMENTAL – AIV), LP, and KPS OFFSHORE INVESTORS, LTD, | |
| Defendants. | |

---------------------------------------------------------------------x

## STATUS REPORT ON ADVERSARY PROCEEDING

Plaintiff Alan D. Halperin, as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust ("Plaintiff"), by and through his undersigned co-counsel, submits this status report regarding the above-captioned adversary proceeding pursuant to the Court's Notice and Order of Request for Status Conference [D.I. 81], and respectfully states as follows:

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: FBI Wind Down, Inc. (7683); AT Wind Down, Inc. (7587); BFI Wind Down, Inc. (3217); BHF Wind Down, Inc. (8844); BR Wind Down, Inc. (8843); BT Wind Down, Inc. (1721); FBH Wind Down, Inc. (2837); FBO Wind Down, Inc. (4908); FBRC Wind Down, Inc. (1288); HFI Wind Down, Inc. (7484); HR Wind Down, Inc. (6125); HT Wind Down, Inc. (4378); LFI Wind Down, Inc. (5064); LHFR Wind Down, Inc. (9085); LV Wind Down, Inc. (8434); MSFI Wind Down, Inc. (7486); TFI Wind Down, Inc. (6574); THF Wind Down, Inc. (3139); and TR Wind Down, Inc. (6174).

1. On November 20, 2015, Plaintiff commenced this adversary proceeding against Heritage Home Group, LLC f/k/a FBN Acquisition Holdings, LLC ("HHG"), KPS Capital Partners, LP ("KPS") and certain of their affiliates (collectively, "Defendants"). The relief sought included, among other things, declaratory judgment concerning the parties' contractual legal obligations under an October 2, 2013 *Asset Purchase Agreement* and this Court's November 22, 2013 *Order (i) Approving Sale of All Acquired Assets; (ii) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iii) Granting Related Relief*.

2. By Opinion and Order dated September 15, 2016, this Court denied Defendants' motion to compel arbitration [D.I. 41, 42]. That decision was affirmed by the District Court and by the Third Circuit.

3. On July 29, 2018, HHG and certain of its affiliates filed voluntary chapter 11 petitions with this Court. On March 15, 2019, the HHG cases were converted to cases under chapter 7 and Alfred T. Giuliano was appointed the chapter 7 trustee of the HHG debtors' estates (the "HHG Trustee"). HHG's chapter 7 case remains pending before Judge Shannon of this Court under lead case no. 18-11736 (BLS).

4. On May 27, 2020, this Court entered an order [D.I. 80] approving the stipulation dismissing this adversary proceeding against KPS and its affiliated Defendants, except for HHG.

5. Plaintiff and the HHG Trustee have been and continue to be engaged in discussions regarding a global resolution of this adversary proceeding and the claims Plaintiff filed in the HHG bankruptcy cases. Plaintiff will apprise this Court if and when the parties have reached a resolution. Accordingly, Plaintiff respectfully requests that the Court defer all dates and deadlines in this adversary proceeding, pending a further update from the parties, to permit such settlement discussions to continue.

6. Undersigned counsel to the Plaintiff remain available at the convenience of the Court should the Court have any questions.

Dated: April 19, 2021

Respectfully submitted,

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
ARCHER & GREINER, P.C.
300 Delaware Avenue
Suite 1100
Wilmington, Delaware 19801
302-356-6625
bjhall@archerlaw.com

-and-

HAHN & HESSEN LLP
Mark S. Indelicato (*pro hac vice*)
488 Madison Avenue
New York, New York 10022
(212) 478-7200
mindelicato@hahnhessen.com

*Co-Counsel to Alan D. Halperin,*
*Liquidating Trustee of the FBI*
*Wind Down, Inc. Liquidating Trust*